UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Noroma,<br><br>    Plaintiff(s)<br><br>v.<br><br>Home Point Financial Corporation,<br><br>    Defendant(s) | CASE No C 4:17-cv-07205-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  Private mediator to be determined. Will supplement when mediator chosen.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

- ☐ other requested deadline:

Date: March 13, 2018         /s/ Matthew Righetti
                             Attorney for Plaintiff

Date: March 13, 2018         /s/ Alison S. Hightower
                             Attorney for Defendant

---

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: mediation deadline is May 25, 2018

Date: 3/21/2018                  *Haywood S. Gill, Jr.*
                                 U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*