1  Matthew Righetti (State Bar No. 121012)
   RIGHETTI GLUGOSKI, P.C.
2  456 Montgomery Street, Suite 1400
   San Francisco, CA 94104
3  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
4
   Reuben D. Nathan, Esq. (State Bar No. 208436)
5  NATHAN & ASSOCIATES, APC
   600 W. Broadway, Suite 700
6  San Diego, California 92101

7  Attorneys For Plaintiff

8  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
9  ALISON S. HIGHTOWER, Bar No. 112429
   ahightower@littler.com
10 GAL GRESSEL, Bar No. 286312
   ggressel@littler.com
11 LITTLER MENDELSON, P.C.
   333 Bush Street
12 34th Floor
   San Francisco, CA 94104
13 Telephone: 415.433.1940
   Facsimile: 415.399.8490
14
   Attorneys for Defendant
15 HOME POINT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NORONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME POINT FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-07205-HSG<br><br>**ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Complaint Filed: Dec. 19, 2017<br>First Amended Complaint Filed: March 8, 2018 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR
PRELIM. SETT. APPROVAL                1.                    CASE NO. 4:17-CV-07205-HSG

**Pursuant to the Stipulation of counsel, and good cause appearing,**

**IT IS ORDERED that the** deadline to file the Motion for Preliminary Approval of Class/Collective Settlement is extended to August 23, 2018, and the hearing on the motion shall be continued to October 4, 2018.

DATED: August 8, 2018

_____
HONORABLE HAYWOOD GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Firmwide:156320505.1 096747.1001

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR PRELIM. SETT. APPROVAL        2.        CASE NO. 4:17-CV-07205-HSG