Matthew Righetti (State Bar No. 121012)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Reuben D. Nathan, Esq. (State Bar No. 208436)
NATHAN & ASSOCIATES, APC
600 W. Broadway, Suite 700
San Diego, California 92101

Attorneys For Plaintiff

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
GAL GRESSEL, Bar No. 286312
ggressel@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
HOME POINT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NORONA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOME POINT FINANCIAL CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-07205-HSG <br><br> **[PROPOSED] ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** <br><br> Complaint Filed: Dec. 19, 2017 <br> First Amended Complaint Filed: March 8, 2018 |

| | |
|---|---|
| 1 | **Pursuant to the Stipulation of counsel, and good cause appearing,** |
| 2 | **IT IS ORDERED that the** deadline to file the Motion for Preliminary Approval of |
| 3 | Class/Collective Settlement is extended to September 27, 2018, and the hearing on the motion shall |
| 4 | be continued to October 25, 2018. |

DATED: 9/5/2018

_____
HONORABLE HAYWOOD GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Firmwide:156814639.1 096747.1001

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR
PRELIMINARY SETTLEMENT APPROVAL

2.

CASE NO. 4:17-CV-07205-HSG