Matthew Righetti (State Bar No. 121012)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Reuben D. Nathan, Esq. (State Bar No. 208436)
NATHAN & ASSOCIATES, APC
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663

Attorneys For Plaintiff

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
GAL GRESSEL, Bar No. 286312
ggressel@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
HOME POINT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NORONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME POINT FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-07205-HSG<br><br>**[PROPOSED] ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Complaint Filed: Dec. 19, 2017<br>First Amended Complaint Filed: March 8, 2018 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR
PRELIMINARY SETTLEMENT APPROVAL

CASE NO. 4:17-CV-07205-HSG

Pursuant to the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the deadline to file the Motion for Preliminary Approval of Class/Collective Settlement is extended to October 18, 2018, and the hearing on the motion shall be continued to November 29, 2018 at 2:00 p.m.

DATED: 9/26/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

FIRMWIDE:157581114.1 096747.1001

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

2.

CASE NO. 4:17-CV-07205-HSG