1 Matthew Righetti (State Bar No. 121012)
RIGHETTI GLUGOSKI, P.C.
2 456 Montgomery Street, Suite 1400
San Francisco, CA 94104
3 Telephone: (415) 983-0900
Facsimile: (415) 397-9005
4
Reuben D. Nathan, Esq. (State Bar No. 208436)
5 NATHAN & ASSOCIATES, APC
2901 W. Coast Hwy., Suite 200
6 Newport Beach, California 92663

7 Attorneys For Plaintiff

8 ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
9 ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
10 GAL GRESSEL, Bar No. 286312
ggressel@littler.com
11 LITTLER MENDELSON, P.C.
333 Bush Street
12 34th Floor
San Francisco, CA 94104
13 Telephone: 415.433.1940
Facsimile: 415.399.8490
14
Attorneys for Defendant
15 HOME POINT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NORONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME POINT FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-07205-HSG<br><br>**ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Complaint Filed: Dec. 19, 2017<br>First Amended Complaint Filed: March 8, 2018 |

Pursuant to the Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the deadline to file the Motion for Preliminary Approval of Class/Collective Settlement is extended to November 1, 2018, and the hearing on the motion shall be continued to December 6, 2018 at 2:00 p.m.

DATED: October 18, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER CONTINUING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

2.

CASE NO. 4:17-CV-07205-HSG