Matthew Righetti (State Bar No. 121012)
John J. Glugoski (State Bar No. 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Reuben D. Nathan, Esq. (State Bar No. 208436)
NATHAN & ASSOCIATES, APC
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663

Attorneys For Plaintiffs

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
HOME POINT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NORONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME POINT FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-07205-HSG<br><br>**STIPULATION AND ORDER SETTING SETTLEMENT ADMINISTRATION SCHEDULE FOR CLASS/COLLECTIVE SETTLEMENT PER COURT ORDER (DKT. 52)**<br><br>Complaint Filed: Dec. 19, 2017<br>First Amended Complaint Filed: March 8, 2018 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP. & ORDER RE SETTLEMENT ADMIN.
SCHEDULE FOR CLASS SETTLEMENT

CASE NO. 4:17-CV-07205-HSG

Plaintiff Brandon Norona ("Norona" or "Plaintiff") and Defendant Home Point Financial Corporation ("Home Point" or "Defendant") (together, the "Parties") through their undersigned counsel stipulate as follows:

WHEREAS, the Court granted Plaintiff's Motion for Preliminary Approval of Class/Collective Settlement on April 12, 2019 (Dkt. 52);

WHEREAS, the Court instructed counsel for the Parties to meet and confer and stipulate to a schedule of dates for specific events and to submit that schedule to the Court;

WHEREAS, counsel have engaged in that meet and confer and propose a schedule to the Court;

The Parties therefore respectfully request that the Court enter the following schedule to implement the Court's Order granting Preliminary Approval of Class/Collective Settlement:

| EVENT | DATE |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative members of the California Class and FLSA Collective | May 20, 2019 |
| Filing deadline for attorneys' fees and costs motion | June 10, 2019 |
| Filing deadline for incentive payment motion | June 10, 2019 |
| Deadline for California Class members to opt out or object to settlement and/or application for attorneys' fees and costs and incentive payment | July 20, 2019 |
| Deadline for FLSA Collective members to opt in | July 20, 2019 |
| Filing deadline for final approval motion | August 19, 2019 |
| Final fairness hearing and hearing on motions | September 23, 2019 |

///

///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 19, 2019

/s/ John Glugoski
RIGHETTI GLUGOSKI, P.C.
Attorneys for Plaintiff
BRANDON NORONA AND THE
SETTLEMENT CLASS/COLLECTIVE

Dated: April 19, 2019

/s/ Alison S. Hightower
ALISON S. HIGHTOWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HOME POINT FINANCIAL CORPORATION

### Attestation Regarding Signatures

I hereby attest that I have permission to file any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 19, 2019

/s/ Alison S. Hightower
ALISON S. HIGHTOWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HOME POINT FINANCIAL CORPORATION

**IT IS SO ORDERED** except the final fairness hearing and hearing on motions will be held on September 26, 2019 at 2:00 p.m.

Dated: April 22, 2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

FIRMWIDE:163978212.1 096747.1001

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP. & ORDER RE SETTLEMENT ADMIN.
SCHEDULE FOR CLASS SETTLEMENT                    3.                    CASE NO. 4:17-CV-07205-HSG